AMSTERDAMSCHE BANK, N. V., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ALEXANDER NEWMAN, Respondent, v. ABRAHAM HAFT and Others, Appellants. — Determination unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SCALISE, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., concurs in the affirmance of the judgment convicting the defendant of grand larceny in the first degree and dissents and votes to reverse the judgment in so far as it convicts the defendant on the sixth, thirteenth, nineteenth and forty-fifth counts charging forgery in the third degree, upon the authority of *People* v. *Underhill* (142 N. Y. 38).

MILAN THIERFELD and ANNA DE MARTINO, Copartners, Doing Business under the Firm Name and Style of ANNETTE HANDBAG Co., Appellants, v. EDWARD CERRETA, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [174 Misc. 590.]

MATTY ATTIAS, Respondent, v. NEW YORK WORLD'S FAIR 1939, INC., Defendant, Impleaded with JOSEPH R. HOEFLE, Appellant.— Judgment, so far as appealed from, unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $8,174.60; in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Determination by the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK upon the Necessity of Laying Out a New Street, Designated as Westerly Approach to Triborough Bridge, across the Right-of-Way of THE NEW YORK CENTRAL RAILROAD COMPANY in the Borough of The Bronx, City of New York. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Decision unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of HAROLD N. LONGWORTH, Respondent, v. PARKER-KALON CORPORATION, Appellant.— In view of the testimony that defendant failed to utilize available devices that would diminish the amount of noise emanating from the premises, so that it would not constitute a nuisance, the trial court was justified in finding the defendant guilty, and the judgment appealed from is affirmed. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SPRING'S SUPER MARKET, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.